IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] | ) |
| Fansteel Inc., | ) |
| Plaintiff, | ) Civil Action No. 04-524 (JJF) |
| v. | ) |
| Southern California Gas Company, | ) |
| Defendant. | ) Adversary Case No. 04-51072 |
| | ) Bankruptcy Case No. 02-10109 (JJF) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 7th day of March 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Settlement of Avoidance Action**

_/s/ James E. O'Neill_
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

C:\Documents and Settings\lt\Desktop\FanSettle\So Cal Gas.doc

**SERVICE LIST FOR**
**SOUTHERN CALIFORNIA GAS COMPANY**

*Hand Delivery*
(Counsel for Southern California Gas Company)
William D. Sullivan, Esquire
Charles J. Brown, III, Esquire
Elzufon Auston Reardon Tarlov & Mondell, P.A.
Suite 1700
P.O. Box 1630
Wilmington, DE 19899

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

*Hand Delivery*
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*First Class Mail*
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL  60064

*First Class Mail*
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

*First Class Mail*
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100